IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**v.**

**ALCIBADES DE PAZ**
Defendant

CRIMINAL NO. 23-003 (FAB)

## CERTIFICATE OF DEATH PENALTY CASE

Pursuant to Local Rule 144A(b), the United States of America informs the Court that Count One of the indictment in this case carries a maximum possible penalty of death. As of this filing, no decision has been made to pursue or not pursue the death penalty in this case.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 12 day of January 2023.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*/s/ Nadia Y. Pineda-Perez*
**Nadia Y. Pineda-Perez**
Special Assistant U.S. Attorney
U.S.D.C. G02211
U.S. Attorney's Office
350 Carlos Chardon Ave.,
Torre Chardon, Suite 1201
San Juan, PR 00918
Tel. (787) 766-5656

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Nadia Y. Pineda-Perez*
**Nadia Y. Pineda-Perez**
Special Assistant U.S. Attorney