1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ALBACIDES DE PAZ,<br>Defendant. | CRIMINAL No. 23-003(FAB) |

**MOTION FOR APPOINTMENT OF LEARNED COUNSEL**

HONORABLE FRANCISCO A BESOSA
SENIOR JUDGE
FOR THE DISTRICT OF PUERTO RICO

**COMES NOW** the Federal Public Defender for the District of Puerto Rico ("FPD"), court-appointed counsel for defendant Albacides De Paz (Mr. De Paz) and very respectfully states, alleges and prays as follows:

1. Mr. De Paz has been charged by way of an Indictment in Count One with a violation to 8 U.S.C. §§ 1324(a)(1)(A)(i) and (a)(1)(B)(iv), smuggling of aliens into the United States resulting in death and, in Count Two, with a violation to 8 U.S.C. §§ 1325(a) as an alien who entered the United States at a place other than an authorized port of entry. ECF No. 11. As charged in Count One, the offense is eligible for the death penalty.

2. On this day, the government has filed, at Docket Entry 17, a death penalty eligible notice pursuant to Local Rule 144A(b).

3. In consultation with Death Penalty Resource Counsel, Mr. Steve Potolsky, we are ready to make the following recommendations to the Court.

2

4. The following attorney meets the requirements of being learned in the law of capital cases with extensive capital trial experience and is familiar with the practice in our district. We recommend:

> Laura Maldonado-Rodriguez
> PO Box 11533, San Juan, Puerto Rico 00922
> Physical address:
> G-14 O'Neill St. Suite A, San Juan, Puerto Rico 00918
> 787-413-7771
> Email: lmr7771@aol.com

5. Attorney Maldonado was consulted and is available to assume the representation of Mr. De Paz immediately.

**WHEREFORE**, it is respectfully requested that counsel learned in the law of capital cases be appointed in accordance with the recommendation made above.

**I HEREBY CERTIFY** that on this date I filed the present motion with the Clerk of Court using the CM/ECF system. All the parties of record will receive electronic notification of this filing.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 13th day of January 2023.

| | |
|---|---|
| **ERIC A. VOS**<br>**Federal Public Defender**<br>**District of Puerto Rico**<br><br>**S/Hector L. Ramos-Vega**<br>Hector L. Ramos-Vega<br>First Assistant Federal Public Defender<br>USDC-PR 222504<br>241 F.D. Roosevelt Ave.<br>Hato Rey, P.R. 00918-2441<br>(787) 281-4922/ Fax (787) 281-4899<br>E-mail: Hector_Ramos@fd.org | **ERIC A. VOS**<br>**Federal Public Defender**<br>**District of Puerto Rico**<br><br>*S/Yasmin Irizarry*<br>Yasmin Irizarry<br>Assistant Federal Public Defender<br>USDC-PR No. 213505<br>241 F.D. Roosevelt Ave.<br>Hato Rey, P.R. 00918-2441<br>(787) 281-4922/ Fax (787) 281-4899<br>E-mail: Yasmin_Irizarry@fd.org |