## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    **Plaintiff,**

            **v.**                    **Criminal No.** 23-003 (FAB)

ALCIBADES DE PAZ,

    **Defendant.**

### ORDER

    Because as a senior judge I do not and will not accept death penalty cases, or cases which may even become death penalty cases, I recuse myself from this case.

    The Clerk will assign this case to another district judge. The Clerk will also make sure that any case in which a defendant is death eligible not be assigned to me.

    **IT IS SO ORDERED.**

San Juan, Puerto Rico, January 27, 2023.

                    s/ Francisco A. Besosa
                    FRANCISCO A. BESOSA
                    SENIOR UNITED STATES DISTRICT JUDGE